# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristina A. Apolinar, a single woman,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>Fortner Aerospace Manufacturing, Inc.;<br>et al.,<br><br>　　　　　　　Defendants. | No. CV 10-8152-PCT-JAT<br><br>**ORDER RE: VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff Voluntary Dismissal with Prejudice (doc. 17):

IT IS ORDERED dismissing this above-captioned matter with prejudice with each party to bear their own costs and attorney's fees.

DATED this 25th day of October, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　United States District Judge